SHERYL L. BRATTON, COUNTY COUNSEL
(State Bar No. 144209)
WENDY M. DAU, Deputy
(State Bar No. 338102)
*wendy.dau@countyofnapa.org*
COUNTY OF NAPA
1195 THIRD STREET, SUITE 301
NAPA, CA 94559
(707) 253-4521

Attorneys for Defendants
NAPA COUNTY BOARD OF SUPERVISORS, DINA JOSE,
A.J. ALARCON, PAUL R. FERNANDEZ, G. VALESI, R. NORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDGAR AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>NAPA COUNTY BOARD OF SUPERVISORS, et al.,<br><br>Defendants. | Case No. 5:23-cv-05313-NC<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** |

Defendants NAPA COUNTY BOARD OF SUPERVISORS, DINA JOSE, A.J. ALARCON, PAUL R. FERNANDEZ, G. VALESI, R. NORRIS ("Defendants") hereby submit the following in response to Plaintiff's motion for leave to file a Supplemental Complaint.

Pursuant to Civil Local Rule 7-3(b), Defendants file the instant Statement of Non-Opposition.

Dated: May 9, 2024

Respectfully submitted,

SHERYL L. BRATTON, COUNTY COUNSEL

By: */s/ Wendy M. Dau*
WENDY M. DAU, Deputy
Attorneys for Defendants