UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EDGAR AGUILAR,

       Plaintiff - Appellant,

  v.

COUNTY OF NAPA, Board of
Supervisors; et al.,

       Defendants - Appellees.

No. 25-6035

D.C. No.
5:23-cv-05313-NC
Northern District of California,
San Jose

ORDER

Appellant Edgar Aguilar, prison identification number G64805, is proceeding in forma pauperis and has filed the form authorizing prison officials to assess, collect, and forward to the district court the fees for this appeal. *See* 28 U.S.C. § 1915(b)(1) and (2).

This court assesses an initial filing fee that equals 20 percent of the greater of: (A) the average monthly deposits to appellant's prison trust account; or (B) the average monthly balance in appellant's account for the six months preceding September 22, 2025, when the notice of appeal was filed.

Payments will not be made when funds in the account total less than $10, but payments will resume when funds become available.

The clerk will serve this order and the authorization form on the Attorney General for the State of CA who must notify the agency or prison authority

responsible for administering payments for this appeal. *See* 28 U.S.C. § 1915(b)(2).

Each payment should be accompanied by the district court and appeals court docket numbers for this case and a record of prior payments made for this appeal.

Briefing is stayed until the court decides appellant's motion for appointment of counsel. *See* 9th Cir. R. 27-11(a)(6).

The clerk will also serve a copy of this order on the district court clerk and the district court financial unit.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

25-6035