RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Prisoner Authorization Form

OCT 2 0 2025

FILED_____
DOCKETED_____ ___
DATE            INITIAL

**9th Cir. Case Number:**   25-6035

I, Edgar Aguilar , am the Appellant in the above case number. I understand that I am required by statute to pay the full amount of the $605.00 docketing and filing fees for this appeal, regardless of my forma pauperis status, and regardless of the disposition of this appeal. I hereby authorize the prison officials at this institution to assess, collect, and forward to the district court the full amount of these fees, in monthly increments based on 20 percent of the average of deposits to or balance in my prison trust account, subject to the provisions set forth in 28 U.S.C. § 1915(b).

I understand that I am not responsible for payment when the funds in my trust account total less than $10.00, but that payments will resume when additional deposits are made or funds are otherwise available.

**NAME** Edgar Aguilar

**SIGNATURE** *Edgar Aguilar*

**CASE NO.** 25-CV-05313-NC

**PRISONER I.D. NO.** G64805

**PRISON FACILITY** PBSP

**ADDRESS** P.O. Box 7500

Crescent City, CA 95532

**DATE** 10/09/2025

**Mail this form to the Court at:**
*Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939*