UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDGAR AGUILAR, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> COUNTY OF NAPA, Board of Supervisors; et al., <br><br> Defendants - Appellees. | No. 25-6035 <br><br> D.C. No. <br> 5:23-cv-05313-NC <br> Northern District of California, <br> San Jose <br><br> ORDER |

Before: BENNETT and SANCHEZ, Circuit Judges.

The motion (Docket Entry No. 5) for appointment of pro bono counsel is denied.

The opening brief has been filed. The answering brief is due May 29, 2026. The optional reply brief is due 21 days after the answering brief is served.

Appellees must submit all documents cited in the pro se opening brief or otherwise required by the rules. *See* 9th Cir. R. 30-1.